# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT SUTTON, et al.** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **BRISTOL TOWNSHIP, et al.** | : | No. 23-892 |
| Defendants. | : | |

## ORDER

**AND NOW,** this **26th** day of **July 2023**, upon consideration of Plaintiffs motion to compel (ECF 16), it is **ORDERED** that the motion (ECF 16) is **DENIED without prejudice**.

BY THE COURT:

_____
**Berle M. Schiller, J.**