# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT SUTTON et al.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-892** |
| | : | |
| **BRISTOL TOWNSHIP et al.** | : | |

## **ORDER**

This 22nd day of August, 2023, it is hereby **ORDERED** that counsel for Non-Party Bucks County Children and Youth Social Services Agency shall submit to the Court for *in camera* review all documents responsive to Plaintiffs' June 20, 2023 subpoena. Following such review, the Court will determine whether production of the requested discovery is warranted and will further determine what if any protections might be required.

/s/ Gerald Austin McHugh
United States District Judge